UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VESTIE LEE BRADLEY, JR.,

        Plaintiff,

                                            Case No. 11-CV-12359
v.                                           HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

<u>ORDER ACCEPTING REPORT AND RECOMMENDATION (#14), DENYING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#9), AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#12)</u>

On May 27, 2011, plaintiff filed a complaint for judicial review following an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge Michelson. The parties filed cross-motions for summary judgment. On April 17, 2012, Magistrate Judge Michelson issued a Report and Recommendation on the cross-motions for summary judgment. In her Report, Magistrate Judge Michelson recommends defendant's motion for summary judgment be granted and plaintiff's motion for summary judgment be denied. Plaintiff has not filed objections to the Report and Recommendation, and the deadline for doing so has passed. The court has reviewed the Report and Recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Michelson's April 17, 2012 Report and Recommendation. Plaintiff's complaint is hereby DISMISSED.

SO ORDERED.

Dated: May 8, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 8, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---